Andrew H. Selesnick (SBN 160516)
Damaris L. Medina (SBN 262788)
Ketakee R. Kane (SBN 291828)
**MICHELMAN & ROBINSON, LLP**
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Telephone: (818) 783-5530
Facsimile:  (818) 783-5507

Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
**PRIME HEALTHCARE SERVICES, INC.**
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone:   (909) 235-4400
Facsimile:    (909) 235-4419

Attorneys for Plaintiff

Additional Counsel Listed On Next Page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center;**<br><br>            **Plaintiff**<br>**vs.**<br><br>**Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,**<br><br>            **Defendant.** | Case No. 2:15-cv-01120-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>[L.R. 144(A)] |

1

---

**STIPULATION AND ORDER**

1   BENJAMIN B. WAGNER
    United States Attorney
2   EDWARD A. OLSEN (CSBN 214150)
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2821
    Facsimile:   (916) 554-2900
5   edward.olsen@usdoj.gov

6   Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**

1       Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and

2   Defendant Sylvia Burwell, Secretary of the Department of Health and Human

3   Services, ("Defendant") by and through their attorneys, hereby stipulate, subject to

4   approval of the Court, to the following:

5       Plaintiff has filed a total of 9 cases challenging determinations by the

6   Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its

7   claims for payment for emergency medical services provided to Medicare

8   beneficiaries between November 2008 and February 2009.

9   These cases are as follows:

10       (1)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-

11   02791-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals

12   Council, dated September 30, 2014, that it lacked standing to appeal the denial of

13   its claims for payment for emergency medical services provided to 29 Medicare

14   beneficiaries between November 2008 and February 2009.   The deadline for

15   Defendant's responsive pleading was March 13, 2015, but the parties filed a

16   stipulation to extend that deadline to April 10, 2015.   Parties filed a further

17   stipulation to extend the deadline to June 5, 2015.

18       (2)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-

19   00154-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals

20   Council, dated November 21, 2014, that it lacked standing to appeal the denial of

21   its claims for payment for emergency medical services provided to 17 Medicare

22   beneficiaries between November 2008 and February 2009.   The deadline for

23   Defendant's responsive pleading was March 30, 2015, but the parties filed a

24   stipulation to extend that deadline to April 10, 2015.   Parties filed a further

25   stipulation to extend the deadline to June 5, 2015.

26       (3)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-

27   00324-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals

28   Council, dated December 10, 2014, that it lacked standing to appeal the denial of

1   its claims for payment for emergency medical services provided to 6 Medicare
2   beneficiaries between November 2008 and February 2009.   The deadline for
3   Defendant's responsive pleading was May 4, 2015, but the parties filed a
4   stipulation to extend that deadline to June 5, 2015.

5   (4)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
6   00400-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
7   Council, dated December 23, 2014, that it lacked standing to appeal the denial of
8   its claims for payment for emergency medical services provided to 10 Medicare
9   beneficiaries between November 2008 and February 2009.   The deadline for
10   Defendant's responsive pleading was May 4, 2015, but the parties filed a
11   stipulation to extend that deadline to June 5, 2015.

12   (5)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
13   00450-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
14   Council, dated December 29, 2014, that it lacked standing to appeal the denial of
15   its claims for payment for emergency medical services provided to 18 Medicare
16   beneficiaries between November 2008 and February 2009.   The deadline for
17   Defendant's responsive pleading was May 29, 2015, but the parties filed a
18   stipulation to extend that deadline to June 5, 2015.

19   (6)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
20   00473-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
21   Council, dated January 2, 2015, that it lacked standing to appeal the denial of its
22   claims for payment for emergency medical services provided to 19 Medicare
23   beneficiaries between November 2008 and February 2009.   The deadline for
24   Defendant's responsive pleading was May 29, 2015, but the parties filed a
25   stipulation to extend that deadline to June 5, 2015.

26   (7)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
27   00474-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
28   Council, dated January 2, 2015, that it lacked standing to appeal the denial of its

1  claims for payment for emergency medical services provided to 7 Medicare

2  beneficiaries between November 2008 and February 2009.  The deadline for

3  Defendant's responsive pleading was May 29, 2015, but the parties filed a

4  stipulation to extend that deadline to June 5, 2015.

5      (8)  In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-

6  00709-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals

7  Council, dated January 2, 2015, that it lacked standing to appeal the denial of its

8  claims for payment for emergency medical services provided to 25 Medicare

9  beneficiaries between November 2008 and February 2009.  The deadline for

10  Defendant's responsive pleading was June 2, 2015, but the parties filed a

11  stipulation to extend that deadline to June 5, 2015.

12      (9)  In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-

13  01120-GEB-CMK, Plaintiff challenges a determination by the Medicare Appeals

14  Council, dated March 25, 2015, that it lacked standing to appeal the denial of its

15  claims for payment for emergency medical services provided to 2 Medicare

16  beneficiaries between November 2008 and February 2009.

17      In each of the nine cases, Plaintiff has recently retained the law firm of

18  Michelman & Robinson LLP, and intends to amend the complaints in each of the

19  nine cases pursuant to Federal Rule of Civil Procedure 15.

20      Accordingly, the parties agree, subject to approval of the Court, that

21  Defendant will not be required to file a Responsive Pleading to the Complaints in

22  each of the 9 cases and further agree to the following schedule:

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**STIPULATION AND ORDER**

1 | **Deadline for filing an Amended Complaint in each case:**    July 2, 2015

2 | **Deadline for filing a Responsive Pleading in each case:**    September 4, 2015

3

4 | Dated:  May 29, 2015

5

6 |                          By: */s/ Ketakee R. Kane*_____

7 |                              Andrew H. Selesnick
   |                              Damaris L. Medina
   |                              Ketakee R. Kane
8 |                              Troy A. Schell, Esq.
   |                              Bryan Wong, Esq.
9
   |                              Attorneys for Plaintiff Prime Healthcare
10 |                             Services – Shasta, LLC

11

12 |                          By: */s/ Edward A. Olsen (as authorized on*_____
   |                              *May 29, 2015).*
13 |                              Edward A. Olsen
   |                              Benjamin B. Wagner
14
   |                              Attorneys for Defendant Sylvia Mathews
15 |                             Burwell

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

## ORDER

2

3          Pursuant to stipulation and good cause having been shown, IT IS SO
ORDERED.

4

5    Dated:  July 14, 2015

6

7                                                              _____
8                                                              Troy L. Nunley
                                                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**