1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC,** a Delaware limited liability company doing business as Shasta Regional Medical Center**;**<br><br>**Plaintiff**<br>vs.<br><br>**Sylvia Mathews Burwell** in her official capacity as Secretary of the Department of Health and Human Services,<br><br>**Defendant.** | Case No. 2:15-cv-01120-TLN-KJN<br><br>**ORDER GRANTING ANDREW H. SELESNICK, DAMARIS L. MEDINA, AND KETAKEE R. KANE NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PRIME HEALTHCARE SERVICES – SHASTA, LLC** |

**ORDER**

Andrew H. Selesnick, Damaris L. Medina, and Ketakee R. Kane ("Movants") seek to withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to Local Rule 182(D) and California Rules of Professional Conduct 3-700(A)(1).

As this Court finds that Movants have submitted satisfactory reasoning for the withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Andrew H. Selesnick, Damaris L. Medina, and Ketakee R. Kane Motion to Withdraw as Counsel for Plaintiff Prime Healthcare Services – Shasta, LLC is hereby GRANTED and Movants are hereby withdrawn as counsel.

Dated: October 28, 2016

Troy L. Nunley
United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**